

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Adobe Systems Inc., a Delaware corporation; Autodesk, Inc., a Delaware corporation; Corel Corporation, a foreign corporation; Microsoft Corporation, a Washington corporation; Network Associates, Inc., a Delaware corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>Duraswitch Industries, Inc., a Nevada corporation,<br><br>           Defendant. | No. CIV 00 1950 PHX SMM<br><br>**ORDER DISMISSING COMPLAINT AND EXONERATING BOND** |

Upon stipulation of the parties,

IT IS HEREBY ORDERED:

Dismissing the complaint in this action with prejudice; and

Exonerating the $25,000.00 bond posted by plaintiff on October 18, 2000.

DATED this 8 day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE